

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Thadmon Lewis, Appellant

No. 06-14-00111-CR        v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 42729-B). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Thadmon Lewis, pay all costs of this appeal.

RENDERED MARCH 24, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk